IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00233-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. LUKE NORRIS,

 Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

 This matter has been scheduled for a three-day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **August 5, 2013 at 9:00 a.m.**  It is

 ORDERED THAT all pretrial motions shall be filed by **June 19, 2013** and responses to these motions shall be filed by **June 27, 2013**.  It is further

 ORDERED that a Trial Preparation Conference is set for **July 11, 2013 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

 The parties shall be prepared to address the following issues at the Trial Preparation Conference:

 1) jury selection;

 2) sequestration of witnesses;

 3) timing of presentation of witnesses and evidence;

    4)        anticipated evidentiary issues;

    5)        any stipulations as to fact or law; and

    6)        any other issue affecting the duration or course of the trial.

DATED: June 5, 2013.

                        BY THE COURT:

                        _____
                        RAYMOND P. MOORE
                        United States District Judge