# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 13-cr-00233-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LUKE NORRIS,

    Defendant.

___

## ORDER
___

In response to the Notice of Disposition [22], it is ORDERED that the Status Hearing set for Thursday, July 11, 2013 is VACATED. Counsel shall confer and contact Chambers *via* conference call (303-335-2784) no later than Tuesday, July 16, 2013, to set this matter for a Change of Plea Hearing.

Dated this 8th day of July, 2013.

BY THE COURT:

Raymond P. Moore
United States District Judge