**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00233-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     LUKE NORRIS,

      Defendant.

_____

### ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on July 8, 2013 (Docket No. 22). A Change

of Plea Hearing is set for August 22, 2013 at 1:00 p.m. Counsel for the parties shall email a

courtesy copy of all change of plea documents separately to my chambers:

(Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours

before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing,

counsel shall bring with them an original and one copy of the plea agreement and the statement

in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which

includes a separate section identifying each essential element required by law for the

commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the **three-day** jury trial scheduled for August 5, 2013, is

VACATED.

DATED: July 16, 2013.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge